# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BECK, AMY § Case No. 14-43102
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 830.00 |
| Total Distributions to Claimants: 23,811.73 | Claims Discharged Without Payment: 802.23 |
| Total Expenses of Administration: 37,703.27 | |

3) Total gross receipts of $ 65,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,485.00 (see **Exhibit 2**), yielded net receipts of $ 61,515.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,703.27 | 37,703.27 | 37,703.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,422.90 | 2,422.90 | 2,422.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 22,191.06 | 22,191.06 | 21,388.83 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 62,317.23 | $ 62,317.23 | $ 61,515.00 |

4) This case was originally filed under chapter 7 on 12/01/2014 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2016            By:/s/ANDREW J. MAXWELL, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE/INTEREST IN ESTATE | 1229-000 | 65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$65,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Amy Beck | Exemptions | 8100-000 | 3,485.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,485.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 6,325.75 | 6,325.75 | 6,325.75 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 24.56 | 24.56 | 24.56 |
| ASSOCIATED BANK | 2600-000 | NA | 95.95 | 95.95 | 95.95 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 8,090.00 | 8,090.00 | 8,090.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 21.34 | 21.34 | 21.34 |
| PAUL J. PRYBYLO | 3220-000 | NA | 21,666.67 | 21,666.67 | 21,666.67 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,479.00 | 1,479.00 | 1,479.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 37,703.27 | $ 37,703.27 | $ 37,703.27 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | DEPARTMENT OF TREASURY INTERNAL REV | 5800-000 | NA | 2,422.90 | 2,422.90 | 2,422.90 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,422.90 | $ 2,422.90 | $ 2,422.90 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ANIMAL MEDICAL CENTER OF ITASCA | 7100-000 | NA | 360.67 | 360.67 | 347.63 |
| 000003B | DEPARTMENT OF TREASURY INTERNAL REV | 7100-000 | NA | 10,297.55 | 10,297.55 | 9,925.28 |
| 000001 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | NA | 11,532.84 | 11,532.84 | 11,115.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 22,191.06 | $ 22,191.06 | $ 21,388.83 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-43102 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BECK, AMY | | | Date Filed (f) or Converted (c): | 12/01/14 (f) |
| | | | | 341(a) Meeting Date: | 01/07/15 |
| For Period Ending: | 07/20/16 | | | Claims Bar Date: | 06/04/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 5.00 | 0.00 | | 0.00 | FA |
| 2. B4 HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| Furniture, Electronics, Kitchenware | | | | | |
| 3. BOOKS | 10.00 | 0.00 | | 0.00 | FA |
| Books | | | | | |
| 4. WEARING AAPPAREL | 300.00 | 0.00 | | 0.00 | FA |
| Shirts, Pants, Jeans, Jackets, Shoes | | | | | |
| 5. FUR | 15.00 | 0.00 | | 0.00 | FA |
| 6. INHERITANCE/INTEREST IN ESTATE (u) | Unknown | 65,000.00 | | 65,000.00 | FA |
| unscheduled interest in father's estate, including operating business, being investigated now in process of settlement | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $830.00       $65,000.00       $65,000.00       $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR Submitted 4.28.16

the settlement was approved by Court and consummated. Trustee has filed income tax returns (settlement included

transfer of stock and other interests) and is waiting for expedited audit response from IRS. When that is received,

Trustee anticipates TFR after letter from IRS

as of 10-15 there is a pending settlement in the state court case regarding the inheritance, including a draft

settlement agreement. After that is agreed upon, Trustee will seek court approval of the settlement.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

Ver: 19.06a

Case 14-43102  Doc 65  Filed 07/22/16  Entered 07/22/16 14:38:02  Desc Main
Document      Page 7 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-43102  TAB  Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | BECK, AMY | Date Filed (f) or Converted (c): 12/01/14 (f) |
| | | 341(a) Meeting Date: 01/07/15 |
| | | Claims Bar Date: 06/04/15 |

INTEREST IN FATHER'S ESTATE, INCLUDING BUSINESS

INVESTIGATING UNSCHEDULED INHERITANCE

LITIGATION PENDING IN STATE COURT

SPECIAL COUNSEL + COUNSEL EMPLOYED

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

| Case No: | 14-43102 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BECK, AMY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2797 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6752 | | |
| For Period Ending: | 07/20/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/18/15 | 6 | OLD REPUBLIC TITLE<br> S CLARK STREET<br>CHICAGO, IL 60603 | INHERITANCE/INTEREST IN ESTATE | 1229-000 | 65,000.00 | | 65,000.00 |
| 12/21/15 | 010001 | Paul J. Prybylo<br>Hesik-Prybylo Law Offices<br>821 Garfield Street<br>Oak Park IL 60304 | Attorney fees/ Special Counsel<br>Proceeds of Settlement<br>c/o 12/10/2015 | 3220-000 | | 21,666.67 | 43,333.33 |
| 12/21/15 | 010002 | Amy Beck<br>6026 N. Winthrop Ave # 3E<br>Chicago, IL 60660 | Wild Card Exemption<br>c/o 12/10/2015 | 8100-000 | | 3,485.00 | 39,848.33 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.77 | 39,811.56 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.18 | 39,752.38 |
| 04/12/16 | 010003 | ARTHUR B. LEVINE COMPANY<br>370 LEXINGTON AVE<br>SUITE 1101<br>NEW YORK, NY 10017 | Bond Blanquet<br>Bond # 10BSBGR6291 | 2300-000 | | 24.56 | 39,727.82 |
| 06/15/16 | 010004 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | TRUSTEE'S COMPENSATION | 2100-000 | | 6,325.75 | 33,402.07 |
| 06/15/16 | 010005 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | ATTY 'S COMP<br>C/O 06/14/16 | | | 8,111.34 | 25,290.73 |
| | | | Fees    8,090.00 | 3110-000 | | | |
| | | | Expenses    21.34 | 3120-000 | | | |
| 06/15/16 | 010006 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | ACCOUNTANT COMP<br>C/O 06/14/16 | 3410-000 | | 1,479.00 | 23,811.73 |

Page Subtotals     65,000.00     41,188.27

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-43102 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BECK, AMY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2797 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6752 | | |
| For Period Ending: | 07/20/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/15/16 | 010007 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Claim # 3, Final Payment<br>C/O 06/14/16 | 5800-000 | | 2,422.90 | 21,388.83 |
| 06/15/16 | 010008 | Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090 | Claim # 1, Final Payment<br>C/O 06/14/16 | 7100-000 | | 11,115.92 | 10,272.91 |
| 06/15/16 | 010009 | Animal Medical Center of Itasca<br>220 Catalpa St.<br>Itasca, IL 60143 | Claim # 2, Final Payment<br>C/O 06/14/16 | 7100-000 | | 347.63 | 9,925.28 |
| 06/15/16 | 010010 | Department of Treasury Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Claim # 4, Final Payment<br>C/O 06/14/16 | 7100-000 | | 9,925.28 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 65,000.00 | 65,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 65,000.00 | 65,000.00 | |
| Less:  Payments to Debtors | | 3,485.00 | |
| Net | 65,000.00 | 61,515.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2797) | 65,000.00 | 61,515.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 65,000.00 | 61,515.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       23,811.73

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 14-43102 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BECK, AMY | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2797  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6752 |  |  |
| For Period Ending: | 07/20/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********2797)

Page Subtotals          0.00          0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)